AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BENNETT, MARK W. | USDC/Northern District of Iowa | 10/17/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

313 United States Courthouse
320 Sixth Street
Sioux City, IA 51101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Aspen Publishing | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Apsen | $806.00 |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NACDL | 1.10-1.12 | Aspen, CO | NACDL Conference | airfare, lodging, meals |
| 2. | ABA | 3.1-3.3 | San Diego, CA | 30th Annual National Institute on White Collar Crime | airfare, lodging, meals |
| 3. | ABA | 4.6-4.7 | Chicago, IL | Implicit Bias Meeting | airfare, lodging, meals |
| 4. | ABOTA | 4.7-4.8 | Minneapolis, MN | ABOTA Seminar | airfare, lodging, meals |
| 5. | ISBA | 5.4-5.6 | Davenport, IA | ISBA 2016 Biennial Bench Bar Conference | airfare, lodging, meals |

| 6. | Kentucky Bar Association | 5.10-5.12 | Louisville, KY | 2016 Kentucky Bar Association Annual Convention | airfare, lodging, mieals |
| --- | --- | --- | --- | --- | --- |
| 7. | PCLELC | 5.18-5.21 | Seattle, WA | Pacific Coast Labor & Employment Law Conference | airfare, lodging, meals |
| 8. | Minnesota Continuing Legal Education | 5.22-5.24 | St. Paul, MN | Upper Midwest Employment Law Insitute | mileage, lodging, meals |
| 9. | National Assoc. of Criminal Defense Attorneys | 6.2-6.3 | Orlando, FL | 25th Annual National Seminar on the Fed Sent. Guidelines | airfare, lodging,meals |
| 10. | ACS | 6.10-6.11 | Washington, DC | ACS 2016 National Convention | aifare, lodging, meals |
| 11. | State Bar of Nevada | 6.27-7.2 | Waikoloa, HI | State Bar of Nevada's 86th Annual Meeting | airfare, lodging, meals |
| 12. | University of Minnesota Law School | 9.21-9.23 | Minneapolis, MN | Paper presentation | mileage, lodging, meals |
| 13. | NARTC | 9.26-9.28 | Jackson Hole, WY | NARTC 2016 Fall Meeting | airfare, lodging, meals |
| 14. | ABOTA- IA Chapter | 10.6. | Des Moines, IA | ABOTA - IA Chapter Program | mileage, meals |
| 15. | Boise State University | 10.14-10.16 | Boise, ID | Minidoka Civil Liberties Symposium | airfare, lodging, meals |
| 16. | Chaloupka, Holyoke, Snyder, Chaloupka, & Longoria, PC | 11.2-11.3 | Scottsbluff, NE | Bob Chaloupka Trial Skills Seminar | mileage, meals |
| 17. | New York Continuing Legal Education | 11.15-11.16 | White Plains, NY | New York CLE Accredited Provider Conference | airfare, lodging, meals |
| 18. | Boston AAG's Office/Public Defenders | 11.16-11.17 | Boston, MA | Implicit Bias Training | ground transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/17/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Non-IRA (Fidelity) | | | | | | | | | |
| 2.  ANTX | | None | J | T | | | | | |
| 3.  Berkshire Hathaway | | None | J | T | | | | | |
| 4.  First Eagle Global Class C | A | Dividend | J | T | | | | | |
| 5.  Hennessey Focus Fund | | None | J | T | | | | | |
| 6.  Leucadia National Corp.* | | None | | | | | | | |
| 7.  Surebeam Corp. | | None | J | T | | | | | |
| 8.  Vanguard Index FDS formerly Vanguard Growth ETF (VUG) | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. Rollover IRA (Fidelity) | | | | | | | | | |
| 11. Apple, Inc. | A | Dividend | J | T | Sold (part) | 07/27/16 | J | C | |
| 12. | | | | | Sold (part) | 09/13/16 | J | C | |
| 13. | | | | | Sold (part) | 12/30/16 | J | C | |
| 14. Chipolte | | None | | | Buy | 02/29/16 | J | | |
| 15. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 16. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 17. | | | | | Buy (add'l) | 09/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 10/26/16 | J | | |
| 19. | | | | | Sold (part) | 12/19/16 | J | C | |
| 20. | | | | | Sold (part) | 12/20/16 | J | C | |
| 21. | | | | | Sold (part) | 12/21/16 | J | B | |
| 22. | | | | | Sold (part) | 12/21/16 | J | A | |
| 23. | | | | | Sold | 12/27/16 | J | C | |
| 24. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 25. First Eagle Global Class C | | None | J | T | | | | | |
| 26. Ishares Global Healthcare | A | Dividend | | | Sold | 08/16/16 | J | D | |
| 27. Ishares S&P 500 Growth | A | Dividend | | | Sold | 06/21/16 | J | D | |
| 28. Ishares Tr US Regnl | A | Dividend | J | T | Sold (part) | 03/18/16 | J | A | |
| 29. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 30. | | | | | Sold (part) | 09/01/16 | J | D | |
| 31. Leucadia Nat'l Corp. | A | Dividend | | | Sold | 03/11/16 | J | B | |
| 32. Matthews China Fund | | None | J | T | | | | | |
| 33. Matthews Pacific Tiger Fund | A | Dividend | J | T | Buy (add'l) | 07/21/16 | J | | |
| 34. | | | | | Buy (add'l) | 08/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oakmark International Small Cap | | None | | | Sold | 06/20/16 | J | B | |
| 36. Oppenheimer Int'l | A | Dividend | J | T | Sold (part) | 03/28/16 | J | C | |
| 37. Powershares SPHD - ETF | A | Dividend | K | T | Buy | 06/13/16 | J | | |
| 38. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 39. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 40. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 41. Schwab Strategic TR US | A | Dividend | J | T | Buy | 07/28/16 | J | | |
| 42. | | | | | Sold (part) | 10/05/16 | J | C | |
| 43. SPDR S& P Dividend ETF (SDY) | A | Dividend | J | T | Sold (part) | 03/28/16 | J | B | |
| 44. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 45. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 46. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 47. Vaneck Vectors ETF TR Vietnam ETF (VNM) | A | Dividend | J | T | Buy | 10/10/16 | J | | |
| 48. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 49. Vanguard Admiral FDS Inc S&P Midcap | | None | J | T | Sold (part) | 02/26/16 | J | C | |
| 50. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 51. | | | | | Buy (add'l) | 12/27/16 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Health Care Investor | A | Dividend | J | T | Sold (part) | 08/26/16 | J | C | |
| 53. Vanguard Int'l Growth ** | | None | | | Sold | 03/28/16 | J | B | |
| 54. Vanguard Selected Value Investor | | None | | | Sold | 07/20/16 | J | C | |
| 55. Wasatch Core Growth | | None | J | T | Sold (part) | 06/15/16 | J | C | |
| 56. | | | | | Sold (part) | 12/30/16 | J | C | |
| 57. | | | | | | | | | |
| 58. Roth IRA (Fidelity) | | | | | | | | | |
| 59. Apple, Inc. | A | Dividend | J | T | Sold (part) | 07/27/16 | J | D | |
| 60. | | | | | Sold (part) | 08/18/16 | J | C | |
| 61. | | | | | Sold (part) | 12/19/16 | J | C | |
| 62. Ishares S&P 500 | A | Dividend | J | T | Buy | 08/18/16 | J | | |
| 63. Powershares FD TR II (SPHD) | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 64. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 65. SPAXX | A | Dividend | J | T | | | | | |
| 66. SPDR S&P Dividend ETF (SDY) | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 67. Vanguard Admiral FDS, Inc. | A | Dividend | J | T | | | | | |
| 68. Vanguard Health Care Investor | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 9 of 14

**Name of Person Reporting**

BENNETT, MARK W.

**Date of Report**

10/17/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wasatch Core Growth | | None | J | T | Sold (part) | 12/30/16 | J | B | |
| 70. | | | | | | | | | |
| 71. Miscellaneous Holdings | | | | | | | | | |
| 72. Iowa College Savings Account *** | | None | J | T | | | | | |
| 73. Iowa College Savings Account *** | | None | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. CKG ACCT; Fidelity, Boston MA | A | Interest | L | T | | | | | |
| 76. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 77. Iowa/Nebraska State Bank Checking Account | A | Interest | K | T | | | | | |
| 78. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |
| 79. | | | | | | | | | |
| 80. IRA Fidelity | | | | | | | | | |
| 81. American Century Mid Cap | A | Dividend | J | T | | | | | |
| 82. Berkshire Hathaway Inc DEL CL B | | None | K | T | Sold (part) | 06/13/16 | J | D | |
| 83. Fidelity Cash Reserves | A | Dividend | M | T | | | | | |
| 84. Fidelity Select Energy | A | Dividend | J | T | | | | | |
| 85. Fidelity Select Pharmaceutical | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BENNETT, MARK W. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity 500 Index **** | A | Dividend | K | T | | | | | |
| 87. First Eagle Global Class 1 | | None | K | T | | | | | |
| 88. First Eagle Global Class C | A | Dividend | K | T | | | | | |
| 89. Ishares S&P 500 Growth | A | Dividend | J | T | Sold (part) | 06/01/16 | J | D | |
| 90. | | | | | Sold (part) | 06/21/16 | J | D | |
| 91. Ishares TR US Oil | A | Dividend | J | T | | | | | |
| 92. Ishares TR US Regnal | A | Dividend | K | T | Sold (part) | 06/01/16 | J | D | |
| 93. | | | | | Sold (part) | 08/18/16 | J | C | |
| 94. | | | | | Sold (part) | 08/25/16 | J | C | |
| 95. | | | | | Buy (add'l) | 11/30/16 | J | | |
| 96. IVA Worldwide Fund | | None | J | T | | | | | |
| 97. Matthews Asia Small Companies (MSMLX) | A | Dividend | K | T | Sold (part) | 08/03/16 | J | D | |
| 98. Matthews China Fund | A | Dividend | J | T | | | | | |
| 99. Matthews Pacific Tiger Fund | A | Dividend | J | T | Buy | 08/09/16 | J | | |
| 100. Oakmark Equity & Income FD | | None | | | Sold | 08/18/16 | J | D | |
| 101. Oppenheimer Int'l Sml Mid Co. | A | Dividend | J | T | | | | | |
| 102. Powershares FD TR II (SPHD) | A | Dividend | K | T | Buy | 06/13/16 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/21/16 | J | | |
| 104. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 105. | | | | | Sold (part) | 07/05/16 | J | D | |
| 106. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 107. Proshares Trust Ultrapro Short | | None | J | T | Buy (add'l) | 01/19/16 | J | | |
| 108. Robeco Boston Prtners | | None | K | T | | | | | |
| 109. Schwab Stratetic TR | A | Dividend | J | T | Buy | 07/28/16 | K | | |
| 110. | | | | | Sold (part) | 10/05/16 | K | D | |
| 111. SPDR S&P Dividend ETF (SDY) | A | Dividend | K | T | Sold (part) | 08/25/16 | K | E | |
| 112. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 113. Spartan 500 Index ******* | | | | | | | | | |
| 114. Thornburg Investment Income Builder | A | Dividend | J | T | | | | | |
| 115. Vaneck Vectors ETF TR Africa Index | A | Dividend | J | T | | | | | |
| 116. Vanguard Admiral FDS Inc S&P Small Cap 6 (VIOO) | A | Dividend | J | T | Buy (add'l) | 12/30/16 | K | | |
| 117. Vanguard Dividend Growth Investor | A | Dividend | K | T | | | | | |
| 118. Vanguard High Dividend | A | Dividend | K | T | | | | | |
| 119. Vanguard Inflation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 12 of 14

**Name of Person Reporting**

BENNETT, MARK W.

**Date of Report**

10/17/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Vanguard International Growth | A | Dividend | K | T | | | | | |
| 121.  Vanguard S&P 500 | A | Dividend | J | T | | | | | |
| 122.  Vanguard Specialized Portfolios | A | Dividend | K | T | | | | | |
| 123.  Vanguard Whitehall | A | Dividend | J | T | | | | | |
| 124.  Wasatch Core Growth | | None | J | T | Sold (part) | 12/30/16 | J | D | |
| 125.  Wasatch Frontier Emerging Small Co's | | None | J | T | | | | | |
| 126.  Wasatch International Growth | | None | J | T | Sold (part) | 06/01/16 | J | C | |
| 127. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 10/17/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* Line 6 -- Leucadia National Corp was completely sold on 7.10.15 -- it was incorrectly reported as being on partially sold on the 2015 report

\*\*Line 53-- Vanguard Int'l Growth was incorrectly stated as completely sold in 2015. It was only partially sold.

\*\*\* Both Iowa College Savings Plans are Aggressive Growth, no control

\*\*\*\* Line 87 - Fidelity 500 Index was mistakenly reffered to as Spartan 500 Index on the 2015 report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARK W. BENNETT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544